IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV390-1-MU

| | |
|---|---|
| RICARDO DARNELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| BUNCOMBE COUNTY SHERIFF ) | |
| DEP'T, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Default Judgment (Doc. No. 26), filed October 10, 2008.

Plaintiff requests that this Court enter a default Judgment against Defendant Ray because he has failed to respond to Plaintiff's Complaint. A review of the docket sheet reveals that Defendant Ray responded to Plaintiff's Complaint on September 30, 2008.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion for Default Judgment is **DENIED**.

Signed: October 16, 2008

Graham C. Mullen
United States District Judge