IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV390-1-MU

| | |
|---|---|
| RICARDO DARNELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| BUNCOMBE COUNTY SHERIFF ) | |
| DEP'T, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon its own motion.

On August 19, 2008, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. Defendant Ray has filed an Answer to Plaintiff's Complaint. If either party wishes to file a dispositive motion it must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

Signed: December 16, 2008

Graham C. Mullen
United States District Judge