IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV390-1-MU

RICARDO DARNELL JONES,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　)　　　**O R D E R**
　　　　　　　　　　　　　　　　　)
BUNCOMBE COUNTY SHERIFF　　　　　)
　　DEP'T, et al.,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　 )
_____)

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Defendant to Submit to a Polygraph (Doc. No. 42), filed December 8, 2008.I

Plaintiff has filed a motion seeking to compel Defendant Curry to submit to a polygraph. The Court sees no need for a polygraph from Defendant Curry.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion for Defendant to Submit to a Polygraph is **DENIED**.

Signed: December 16, 2008

Graham C. Mullen
United States District Judge