IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV390-1-MU

| | |
|---|---|
| RICARDO DARNELL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| BUNCOMBE COUNTY SHERIFF ) | |
| DEP'T, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon its own motion.

After reviewing the case file, this Court has determined that it would be helpful to review Plaintiff's medical records and all documents relating to the September 20, 2007, incident that forms the basis of Plaintiff's Complaint.

**IT IS THEREFORE ORDERED THAT**:

1. Within thirty days (30) of the date of this Order, Defendant is directed to obtain from the proper custodian at the Buncombe County Detention Center and the North Carolina Department of Corrections copies of Plaintiff's medical records from the date of the incident in question, to the present date. Defendant shall then send copies of such documents to the Court and to Plaintiff; and

2. Within thirty days (30) of the date of this Order, Defendant is also directed to obtain from the proper custodian at the Buncombe County Detention Center copies of all documents relating to

the incident in question. Defendant shall then send copies of such documents to the Court and to Plaintiff.

Signed: March 3, 2009

Graham C. Mullen
United States District Judge