# United States District Court
# For The Western District of North Carolina
# Asheville Division

RICARDO DARNELL JONES,,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         1:08CV390-1

BUNCOMBE COUNTY SHERIFF, et al.,,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 04/01/2009 Order.

Signed: April 1, 2009

Frank G. Johns, Clerk
United States District Court